Magistrate Judge Lois Bloom　　　　　　　　　　December 28, 2009

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, N.Y. 11201　　　　　　　　　　　　　Robert Lemmo

　　　　　　　　　　　　　　　　　　　　　　　118-02 12 Ave

　　　　　　　　　　　　　　　　　　　　　　　Queens, N.Y. 11356

　　　　　　　　　　　　　　　　　　　　　　　Phone 347-647-4603

　　　　　　　　　　　　　　　　　　　　　　　E-mail: lem567@yahoo.com

Re: <u>Lemmo vs. Cervini 08-CV-2641</u>

　　　<u>Notice of Deposition</u>

Dear Judge Bloom,

　　　I would like to notify you that a deposition of Det. Cervini will be conducted at the eastern District Courthouse on January 6, 2010 at 11:00 AM it will take place in in conference room S-302

　　　The conference room was arranged by Mr. Harvis of the NYC Law Dept. through Ms. Sarafino of the District Court. (718) 613-2263

　　　I would like to know wether you would be willing to rule after the session on any questions objected to by Mr. Harvis ( defendants' counsel ) in order to eliminate any future service of moving papers and Court Orders ? Should you be willing to do so could you please provide myself or Mr. Harvis with a phone or extension # that we may reach you at at the end of the deposition?

　　　　　　　　　　　　　　　　　　　　　　　Thank You.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　S/ Hon. Lois Bloom

*Handwritten annotation:* If a dispute arises <u>during</u> the deposition, the parties shall contact my Chambers at 718-613-2170. Do not wait until the end, but also, try to resolve the dispute between parties before calling.

DATED 12-28-09

Robert Lemmo, plaintiff

Service to:

Mr. Gabriel Harvis ESQ.

NYC Law Dept.

100 church street

New York, N.Y. 10007

# AFFIDAVIT OF SERVICE OF SERVICE BY MAIL

Please be aware that I, Robert Lemmo, hereby declare under the penalty of perjury, that I am providing a <u>letter of request and notice to Judge Bloom concerning deposition s</u> in the matter of <u>Lemmo vs. Cervini 08-CV-2641</u> by means of first class mail by the USPS to the below listed attorney on this 28 day of December 2009.

Mr. Gabriel Harvis

NYC Law Dept.

100 Church street

New York, N.Y. 10007

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING STATEMENT AND FACTS ARE TRUE AND CORRECT** Robert Lemmo

DATED 12-28-09

Robert Lemmo
Robert Lemmo plaintiff Pro-Se
118-02 12 Ave
Queens, N.Y. 11356
Phone 347-647-4603
E-mail lem567@yahoo.com