UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ROBERT LEMMO,

                Plaintiff,

- against -

DET. MICHAEL CERVINI, DET. EDWARD
SPAGNUOLO; and THE CITY OF NEW YORK,

                Defendants.

----------------------------------------------------------X

**ORDER**
**08 CV 2641 (RJD)(LB)**

**BLOOM, United States Magistrate Judge:**

    The Court held a discovery conference on January 26, 2010 and directed defendants' counsel to produce to plaintiff the following records by February 17, 2010: (1) the Tactical Plans for January 5 and 30, 2007, and February 24, 2007;[1] (2) Cervini's disciplinary file, including the Command Disciplines against Cervini for not maintaining memo book entries; (3) audio recordings of the Internal Affairs Bureau interviews for Cervini and Spagnuolo; and (4) the 2004 IAB file referenced in defendants' document production as NYC 2261 *provided that* this file is related to plaintiff's 2004 complaint.

    Accordingly, plaintiff's motion to compel discovery is granted in part and denied in part. Document 55. Plaintiff's request for leave to file a third amended complaint is denied. However, plaintiff's request that the Court extend the deadline for the parties to complete all discovery is granted. Document 59. The parties shall complete all discovery by March 1, 2010. This deadline is marked FINAL. Defendants shall contact Chief Judge Dearie to request a pre-motion conference by April 1, 2010 if they intend to move for summary judgment.

SO ORDERED

                                            LOIS BLOOM
                                            United States Magistrate Judge

Dated: January 29, 2010
       Brooklyn, New York

---

[1] As discussed on the record, defendants' counsel shall produce the main section of the Tactical Plans and shall provide the officer names and service addresses as well as the automobile make and model information. The other sections of the Tactical Plan may be redacted.