UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERT LEMMO,

               Plaintiff,

  -against-

DET. MICHAEL CERVINI, et. al.,

               Defendants.
------------------------------------------------------------X

**ORDER**
**08 CV 2641 (RJD)(LB)**

**BLOOM, United States Magistrate Judge:**

    The court held a status conference in this case on November 10, 2011. On consent of the parties, the Court hereby stays this case until Lemmo v. Tulloch, 08 cv 4264, has been tried.

SO ORDERED.

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: November 14, 2011
        Brooklyn, New York

